AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| UNITED STATES OF AMERICA<br>V.<br>LORENZO CO SY | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | CR07-01053 | 3:11-MJ-70948 MAG |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    18   U.S.C. §   1001

**DISTRICT OF OFFENSE**
Central District of CA

**DESCRIPTION OF CHARGES:**

False Statement

FILED
AUG 2 [ ] 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Defendant waives Removal and Detention hearings

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language: _____

**DISTRICT OF** _____

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 23, 2011
Date

_[signature]_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |